UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TRUSTEES OF THE NORTHWEST IRONWORKERS RETIREMENT TRUST, TRUSTEES OF THE NORTHWEST IRONWORKERS HEALTH AND SECURITY FUND, TRUSTEES OF THE IRONWORKERS DISTRICT COUNCIL OF THE PACIFIC NORTHWEST IRONWORKERS ANNUITY TRUST FUND, TRUSTEES OF THE NORTHWEST IRONWORKERS-EMPLOYERS VACATION TRUST, TRUSTEES OF THE PACIFIC N.W. IRONWORKERS & EMPLOYERS APPRENTICESHIP AND TRAINING TRUST FUND, TRUSTEES OF THE NORTHWEST INDUSTRY TRUST FUND, TRUSTEES OF THE IRONWORKER MANAGEMENT PROGRESSIVE ACTION COOPERATIVE TRUST, IRON WORKERS DISTRICT COUNCIL OF THE PACIFIC NORTHWEST and IRON WORKERS LOCAL UNION NO. 29, | No. 3:20-cv-01139-HZ  DEFAULT JUDGMENT |

          Plaintiffs,

  v.

COMPLETE FUSION WELDING LLC,

          Defendant.

Page 1 – DEFAULT JUDGMENT

Defendant was served with process and failed to appear and answer Plaintiffs' complaint. The Court entered an order of default against Defendant, and Defendant has not appeared or otherwise defended this action. Now therefore,

IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. On the First Claim for Relief, Plaintiffs are awarded a judgment against Defendant in the amount of $72,608.22 in fringe benefit contributions and union dues.

2. On the Second Claim for Relief, Plaintiffs are awarded a judgment against Defendant in the following amounts: $75,051.66 in fringe benefit contributions; $18,196.25 in liquidated damages; $30,454.43 in interest calculated through January 15, 2021, with interest continuing to accrue on the unpaid fringe benefit contributions ($75,051.66) at the rate of 18% per annum from January 16, 2021 through the date of this judgment; plus $8,075.00 in payroll examination fees.

3. Plaintiffs' Third Claim for Relief is dismissed without prejudice.

4. Plaintiffs are awarded a judgment against Defendant in the amount of $9,122.50 in attorney fees and $536.48 in court costs.

IT IS SO ORDERED.

DATED: __March 10, 2021__.


_/s/ Marco Hernandez_
MARCO A. HERNANDEZ
United States District Judge